**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern_____ District of _New Yo ▾

Case number *(If known):* _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2024 JUN -6  A 0:40

RECEIVED

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Walter<br>First name<br><br>M<br>Middle name<br><br>Dunn<br>Last name<br><br>Jr.<br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Walter<br>First name<br><br>Middle name<br><br>Dunn<br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7 3 0 6<br>OR<br>9 xx – xx –___ ___ ___ ___ | xxx – xx –___ ___ ___ ___<br>OR<br>9 xx – xx –___ ___ ___ ___ |

Debtor 1    Walter M. Dunn, Jr.
_____    Case number (if known)_____
First Name    Middle Name    Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN __ __ – __ __ __ __ __ __ __  <br><br> EIN __ __ – __ __ __ __ __ __ __ | EIN __ __ – __ __ __ __ __ __ __  <br><br> EIN __ __ – __ __ __ __ __ __ __ |

**5. Where you live**

| About Debtor 1 | If Debtor 2 lives at a different address: |
|---|---|
| 12 Laila Lane <br> Number      Street | <br> Number      Street |
| <br> | <br> |
| Remsenburg            NY      11960 <br> City            State    ZIP Code | <br> City            State    ZIP Code |
| Suffolk <br> County | <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| <br> Number      Street | <br> Number      Street |
| Post Office Box 1034 <br> P.O. Box | <br> P.O. Box |
| Remsenburg            NY      11960 <br> City            State    ZIP Code | <br> City            State    ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Debtor 1    **Walter M. Dunn, Jr.**
     First Name    Middle Name    Last Name          Case number *(if known)*_____

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.    District **Eastern**_____    When **10/13/2023**    Case number _____
                                            MM / DD / YYYY

        District _____    When _____    Case number _____
                                            MM / DD / YYYY

        District _____    When _____    Case number _____
                                            MM / DD / YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.    Debtor _____    Relationship to you _____

        District _____    When _____    Case number, if known _____
                                            MM / DD / YYYY

        Debtor _____    Relationship to you _____

        District _____    When _____    Case number, if known _____
                                            MM / DD / YYYY

---

**11.** **Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

        ☐ No. Go to line 12.

        ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    __Walter M. Dunn, Jr._____    Case number *(if known)*_____
            First Name    Middle Name    Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---------|----------------------------------------------------------|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1    Walter M. Dunn, Jr.
            First Name    Middle Name        Last Name

Case number (*if known*)_____

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No

    ☐ Yes.  What is the hazard?  _____
                                 _____

             If immediate attention is needed, why is it needed? _____
                                 _____

             Where is the property?  _____
                                     Number      Street

                                     _____

                                     City                          State    ZIP Code

Debtor 1    <u>Walter M. Dunn, Jr.</u>
   First Name   Middle Name     Last Name

Case number *(if known)*_____

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

    ❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

    ❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  __Walter M. Dunn, Jr.__
    First Name    Middle Name      Last Name

Case number (if known)_____

---

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☑ No
    ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Walter M Dunn Jr_        ✗ _____
Signature of Debtor 1                Signature of Debtor 2

Executed on  __06/06/2024__        Executed on  _____
          MM / DD /YYYY                  MM / DD /YYYY

---

| Debtor 1 | Walter M. Dunn, Jr. | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____.
        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| ✗ _Walter M. Dunn Jr._ | ✗ | ✗ _____ |
|---|---|---|
| Signature of Debtor 1 | | Signature of Debtor 2 |

| Date | 06/06/2024 | | Date | _____ |
|---|---|---|---|---|
| | MM / DD / YYYY | | | MM / DD / YYYY |

Contact phone _____        Contact phone _____

Cell phone _____        Cell phone _____

Email address _____        Email address _____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

------------------------------------------------x

**In Re:**                                        **Case No.**

Walter M. Dunn, Jr                                **Chapter** 7    ▾

                         **Debtor(s)**
------------------------------------------------x

## <u>VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS</u>

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

JUNE 06, 2024
Dated: Central Islip, New York    ▾

_____
Debtor

_____
Joint Debtor

s/_____
Attorney for Debtor

USBC-44                                           Rev. 11/15

Abstract LLC
P O Box 33720
Detroit MI 48232-3720


Advanced Reprographic Solutions
20 Heritage Pl
Nesconset NY 11767


Aflac
636 Plan Rd
Clifton Park NY 12065


Ameripath New York LLC
P O Box 740978
Cincinnati OH 45274-0978


Ardilio Charles
1115 N Broadway
Massapequa NY 11758


Arlo Thomas
4391 New York Ave
Island Park NY 11558


AT&T
508 Jefferson Plz
Port Jefferson Station NY 11776


Bayview Lawn Care & Property Management
P O Box 26
Remsenburg NY 11960


Berger Charles R
Garden City NY 11501


Blum Barry
123 Main Street
New Hyde Park NY 11040

Canzone Cory
46 Robinwood St
Mastic NY 11950


Chavez Weslan Co
P O Box 32
Aquebogue NY 11931


Circle J Club at Jeremy Ranch
P O Box 4068
Carlsbad CA 92018


Conklin Harold Lee
123 Ripplewater Ln
Cary NC 27518


ConServe
200 CrossKeys Office Park
Fairport NY 14450


Consolidated Technologies Inc
10 Midland Ave
Port Chester NY 10573


Cook Maran & Associates
40 Marcus Dr 3rd Floor
Melville NY 11747


Copynet Office Technologies
101 Plymouth Ave
East Patchogue NY 11772


C Tech Collections Inc
P O Box 402
Mt Sinai NY 11766


Daniel Jeran DPM
521 Route 111 Suite 309

Hauppauge NY 11788-4371


Department of Labor
Unemployment Insurance
P O Box 4301
Binghamton NY 13902-4301


Department of Taxation and Finance
Department of Labor
Unemployment Insurance Division
P O Box 15012
Albany NY 12212-5012


Department of Taxation and Finance
Office of Processing and Taxpayer Services
W A Harriman Campus
Albany NY 12227-0888


Department of the Treasury
Internal Revenue Service
Ogden UT 84201-0039


Drs. Curtis and Campbell LLP
515 Montauk Highway Suite 2
East Moriches NY 11940-1240


Dunn Engineering Associates PC
66 Main St
Westhampton Beach NY 11978


Dwyer Michael


E-Transit


Ewan Desmond
Digney Ave
Bronx NY 10466

ENT & Allergy Associates LLP


Filazzola Tom


Fineron Matthew
1612 Aldersgate
Riverhead NY 11901


Fineron Nicole
1612 Aldersgate
Riverhead NY 11901


Gimpelman Alex
Nizdyn Ave
P O Box 443
Remsenburg NY 11960


Gordon Robert
Plainview NY


Grzymkoski Miroslaw


Herstein Harold I (deceased)


Hill Ronald N
97 Breese Lane
Southampton NY 11968


Holmes Cecelia (deceased)


Independent Recovery Resources Inc
24 Railroad Ave
Patchogue NY 11772


Informative Abstracts Inc
32 SE 2nd Avenue Suite 419

Delray Beach FL 33444


Internal Revenue Service
1180 Vets Mem Hwy
Hauppauge NY 11788-4457


Internal Revenue Service
Special Procedures
2 Metro Tech Center
100 Myrtle Avenue
11201


Jennifer Gaudiello Tax Clerk
Village of Westhampton Beach
165 Mill Road
Westhampton Beach NY 11978


Karpowicz Dennis
23 Tarkill Rd
Ridge NY 11961


Kazlow & Fields
8100 Sandpiper Circle Suite 204
Baltimore MD 21236


Lamont William


Latoski Steven
1929 Davis Ave
Kingman AZ 86401


Lenihan Patrick
Dynasty Dr
Ridge NY 11961


Long Island Anesthesia Physicians
333 Route 25A Suite 225
Rocky Point NY 11778-8802

M&T Bank
P O Box 840
Buffalo NY 14240-0840


Mancinelli John (deceased)


Mao Yousheng


Meeting House Lane Medical Practice PC
P O Box 5545
Hicksville NY 11801-5545


Merchants Insurance Group
250 Main St
Buffalo NY 14202


Michael Adam Shichman Esq
109 High Farms Road
Old Brookville NY 11545


Morrobel Angel
99th Street
Corona NY 11368


MTA Bridges and Tunnels
Violations Processing Center
P O Box 15186
Albany NY 12212-5186


New York State
Department of Labor
P O Box 2939
Albany NY 12201-1939


New York State Dept of Labor
Unemployment Insurance Division
Harriman State Office Campus
Albany NY 12240

New York State Department of Tax
Bankruptcy Unit
P O Box 5300
Albany NY 12205-0300


Northwell Health Dept of Cardiology
P O Box 28372
New York NY 10087-8372


NYS Workers Compensation Board
Attn: Finance Office
328 State St Rm 331
Schenectady NY 12305-2302


NYU Grossman School of Medicine
Faculty Group Practice
P O Box 415662
Boston MA 02241


NYU Physician Services
P O Box 415662
Boston MA 02241


Patio Building Condominium Corporation
c/o Gary J Weber Esq
64C Old Riverhead Road
P O Box 1588
Westhampton Beach NY 11978


Peconic Bay Medical Center
1 Heroes Way
Smithtown NY 11787-3211


Peconic Bay Medical Center
1300 Roanoke Avenue
Riverhead NY 11901-2058


Peconic Bay Primary Medical PC
P 0 Box 2377

Riverhead NY 11901-3110


Professional Claims Bureau LLC
P O Box 9060
Hicksville NY 11802-9060


PSEG
117 Doctors Path
Riverhead NY 11901


PSEG Long Island
P O Box 9050
Hicksville NY 11802-9050


Randelle Inc
100 First Street Suite 199
Hackensack NJ 07601


Rankel Matthew
26 Smiths Ln
Commack NY 11725


Ready Refresh
275 Oak Dr
Syosset NY 11791


Ready Refresh
P O Box 856192
Louisville KY 40285-6192


Reddan Surveying Inc
982 Montauk Hwy, Ste 6
Bayport NY 11705


Reiss Robert A
51 Seacliff Ave
Miller Place NY 11764

Remmer Sharon Norton


Richardson Colin
14 Janet St
Port Jefferson Station NY 11776


Roach Daniel
2 Maple St
Sound Beach NY 11789


Rogers Thomas
13 Heather Dr
P O Box 983
Remsenburg NY 11960


Savik & Murray
35 Carlough Rd Ste 3
Bohemia NY 11716


R&T Medical PC
285 Sills Road Bldg 5-6 Suite H
East Patchogue NY 11772-4869


Schmidt Angela
96 Belleview Ave
Center Moriches NY 11934


Southampton Town Tax Receiver
116 Hampton Road
Southampton NY 11968-4998


State of New York
Office of Attorney General
28 Libert Street 1st Floor
New York NY 10005


Stony Brook Southampton Hospital
P O Box 250

Amherst NH 03031


Stony Brook Southampton Hospital
P O Box 1102
New York NY 10276-1102


Stony Brook Southampton Hospital
P O Box 21587
New York NY 10087


Suffolk County Div of Finance & Taxation
330 Center Drive
Riverhead NY 11901-3311


Suffolk County Treasurer
330 Center Drive S
Riverhead NY 11901


Suffolk County Water Authority
2045 Route 112 Suite 5
Coram NY 11727


Summit Investment Management LLC
1700 Lincoln Street Suite 2150
Denver CO 80203


Sunrise Credit Services Inc
8 Corporate Center Dr Suite 300
Melville NY 11747


Sweezy Fuel Co Inc
51 Rider Avenue
Patchogue NY 11772


TIAA FSB OBA EverBank
c/o Logs Legal Group LLP
175 Mile Crossing Boulevard
Rochester NY 14624

Timothy Groth, MD, PC
994 West Jericho Turnpike Suite 104
Smithtown NY 11787-3211


Traffic Counts Collecting Inc
65-39 Maurice Ave
Woodside NY 11377


Transworld Systems Inc
1105 Schrock Road Suite 300
Columbus OH 43229


United States Attorney
271 Cadman Plaza
Attn: Chief of Civil Division Brooklyn NY 11201


Uniteq States Attorney's Office
Eastern District of New York
610 Federal Plaza 5th Floor
Attn: Long Island Bankruptcy Processing
Central Islip NY 11722-4454


Vetri Roman
Country Estates Rd
Westhampton NY 11977


Walker Matthew
Thompson St
East Patchogue NY 11772


Walzcak Wojciech


Wasser Deborah & Gregg
123 Main Street
Bridgehampton NY 11932


Weidner Charles H
2925 Terra Ceia Bay Blvd Unit 2704

Palmetto FL 34221


Westhampton Primary
147 Beach Road Suite A
Westhampton Beach NY 11978-1733


Yue Alana
25915 86th Ave
Floral Park NY 11001

Daniel Jeran DPM
521 Route 111, Suite 309
Hauppauge, NY 11788-4371


Drs. Curtis and Campbell, LLP
515 Montauk Highway, Suite 2
East Moriches, NY 11940-1240


Internal Revenue Service
Special Procedures
2 Metro Tech Center
100 Myrtle Avenue
11201


Meeing House Lane Medical Practice PC
P.O. Box 5545
Hicksville, NY 11801-5545


Michael Adam Schichman, Esq.
109 High Farms Road
Old Brookvile, NY 11545


New York State Department of Tax
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300


NYU Grossman School of Medicine
Faculty Group Practice
P.O. Box 415662
Boston, MA 02241


Patio Building Condominium Corporation
c/o Gary J. Weber, Esq.
64C Old Riverhead Road,
P.O. Box 1588
Westhampton Beach, NY 11978


Peconic Bay Medical Center
1Heroes Way
Smithtown, NY 11787-3211


Peconic Bay Medical Center
1300 Roanoke Avenue
Riverhead, NY 11901-2058

Peconic Bay Primary Medical PC
P.O. Box 2377
Riverhead, NY 11901-3110


R&T Medical PC
285 Sills Road, Bldg. 5-6 Suite H
East Patchogue, NY 11772-4869


State of New York
Office of Attorney General
28 Libert Street, 1st Floor
New York, NY 10005


Stony Brook Southhampton Hospital
P.O. Box 1102
New York, NY 10276-1102


Suffolk County Treasurer
330 Center Drive S.
Riverhead, NY 11901


Sweezy Fuel Co., Inc.
51 Rider Avenue
Patchogue, NY 11772


TIAA FSB, DBA EverBank
c/o Logs Legal Group LLP
175 Mile Crossing Boulevard
Rochester, NY 14624


Timothy Groth, MD, PC
994 West Jericho Turnpike, Suite 104
Smithtown, NY 11787-3211


United States Attorney
271 Cadman Plaza
Attn: Chief of Civil Division
Brooklyn, NY 11201


United States Attorney's Office
Eastern District of New York
610 Federal Plaza, 5th Floor
Attn: Long Island Bankruptcy Processing
Central Islip, NY 11722-4454

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re: WALTER M. DUNN, JR    Case No.

                                                    Chapter  7

-------------------------------- Debtor(s)

-----------------------------------------------------------------x

## AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following
information:

Name of Filer:    DOUGLAS SCHMIEDER
Address:    170 MAIN ST — #5 WESTHAMPTON BEACH
                                                                NY 11978
Email Address:    Schmieder8001@gmail.c
Phone Number:    (305) 518-7560

Name of Debtor(s):    WALTER M. DUNN JR


CHECK THE APPROPRIATE RESPONSES:

ASSISTANCE PROVIDED TO DEBTOR(S):

_____  I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING
        THE FOLLOWING: _____

        _____

__X__  I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.


FEE RECEIVED:

__X__  I WAS NOT PAID.

_____  I WAS PAID.

                Amount Paid: $ _____


I/We hereby affirm the information above under the penalty of perjury.


Dated: 6-6-24 _____                        _____
                                                              Filer's Signature