United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 24-72174-las
Walter M Dunn Jr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8      User: admin      Page 1 of 4
Date Rcvd: Jun 21, 2024      Form ID: pdf000      Total Noticed: 105

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter M Dunn Jr., Post Office Box 1034, Remsenburg, NY 11960-1034 |
| 10354026 | + | AT&T, 508 Jefferson Plz, Port Jefferson Station NY 11776-1104 |
| 10354020 | | Abstract LLC, PO Box 33720, Detroit MI 48232-3720 |
| 10354021 | + | Advanced Reprographic Solutions, 20 Heritage Pl, Nesconset NY 11767-1910 |
| 10354022 | + | Aflac, 636 Plan Rd, Clifton Park NY 12065-2046 |
| 10354023 | | Ameripath New York LLC, PO Box 740978, Cincinnati OH 45274-0978 |
| 10354024 | + | Ardilio Charles, 1115 N Broadway, Massapequa NY 11758-1341 |
| 10354025 | + | Arlo Thomas, 4391 New York Ave, Island Park NY 11558-1937 |
| 10354027 | + | Bayview Lawn Care & Property Management, PO Box 26, Remsenburg NY 11960-0026 |
| 10354028 | | Berger Charles R, Garden City NY 11501 |
| 10354029 | | Blum Barry, 123 Main Street, New Hyde Park NY 11040 |
| 10354030 | + | Canzone Cory, 46 Robinwood St, Mastic NY 11950-4707 |
| 10354031 | + | Chavez Weslan Co, PO Box 32, Aquebogue NY 11931-0032 |
| 10354032 | + | Circle J Club at Jeremy Ranch, PO Box 4068, Carlsbad CA 92018-4068 |
| 10354033 | | Conklin Harold Lee, 123 Ripplewater Ln, Cary, NC 27518 |
| 10354035 | + | Consolidated Technologies Inc, 10 Midland Ave, Port Chester NY 10573-4927 |
| 10354036 | + | Cook Maran & Associates, 40 Marcus Dr 3rd Floor, Melville NY 11747-4268 |
| 10354037 | + | Copynet Office Technologies, 101 Plymouth Ave, East Patchogue NY 11772-5651 |
| 10354039 | | Daniel Jeran DPM, 521 Route 111, Suite 309, Hauppauge, NY 11788-4371 |
| 10354072 | | Department of Labor, Unemployment Insurance, PO Box 4301, Binghamton NY 13902-4301 |
| 10354073 | | Department of Taxation and Finance, Department of Labor, Unemployment Insurance Division, PO Box 15012, Albany NY 12212-5012 |
| 10354074 | | Department of Taxation and Finance Office, of Processing and Taxpayer Services, WA Harriman Campus, Albany NY 12227-0888 |
| 10354159 | | Drs. Curtis and Campbell, LLP, 515 Montauk Highway, Suite 2, East Moriches, NY 11940-1240 |
| 10354077 | + | Dunn Engineering Associates PC, 66 Main St, Westhampton Beach NY 11978-2632 |
| 10356594 | + | EverBank, N.A., Jae Y. Kim, Esq., Stern, Lavinthal & Frankenberg, LLC, 103 Eisenhower Parkway, Suite 100, Roseland, New Jersey 07068-1000 |
| 10354080 | | Ewan Desmond, Digney Ave, Bronx NY 10466 |
| 10354083 | + | Fineran Matthew, 1612 Aldersgate, Riverhead NY 11901-1939 |
| 10354084 | + | Fineron Nicole, 1612 Aldersgate, Riverhead NY 11901-1939 |
| 10354085 | + | Gimpelman Alex, Nizdyn Ave, PO Box 443, Remsenburg NY 11960-0443 |
| 10354086 | + | Gordon Robert, Plainview NY 11803 |
| 10354089 | + | Hill Ronald N, 97 Breese Lane, Southampton NY 11968-4003 |
| 10354090 | + | Holmes Cecelia (deceased), Independent Recovery Resources Inc, 24 Railroad Ave, Patchogue NY 11772-3518 |
| 10354091 | + | Informative Abstracts Inc, 32 SE 2nd Avenue Suite 419, Delray Beach, FL 33444-3626 |
| 10354093 | | Internal Revenue Service, Special Procedures, 2 Metro Tech Center, 100 Myrtle Avenue, 11201 |
| 10354094 | + | Jennifer Gaudiello Tax Clerk Village of, Westhampton Beach, 165 Mill Road, Westhampton Beach NY 11978-2393 |
| 10354095 | + | Karpowicz Dennis, 23 Tarkill Rd, Ridge NY 11961-2235 |
| 10354096 | + | Kazlow & Fields, 8100 Sandpiper Circle Suite 204, Baltimore MD 21236-4999 |
| 10354098 | + | Latoski Steven, 1929 Davis Ave, Kingman AZ 86401-4114 |
| 10354099 | | Lenihan Patrick, Dynasty Dr, Ridge NY 11961 |
| 10354100 | | Long Island Anesthesia Physicians, 333 Route 25A Suite 225, Rocky Point NY 11778-8802 |
| 10354102 | + | Mancinelli John (deceased), Mao Yousheng, Meeting House Lane Medical Practice PC, PO Box 5545, Hicksville NY 11802-5545 |
| 10354161 | + | Meeing House Lane Medical Practice PC, P.O. Box 5545, Hicksville, NY 11802-5545 |
| 10354103 | + | Merchants Insurance Group, 250 Main St, Buffalo NY 14202-4188 |

Case 8-24-72174-las    Doc 14    Filed 06/23/24    Entered 06/24/24 00:08:28

| District/off: 0207-8 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: pdf000 | Total Noticed: 105 |

| | | |
|---|---|---|
| 10354162 | + | Michael Adam Schichman, Esq ., 109 High Farms Road, Old Brookvile, NY 11545-2226 |
| 10354104 | + | Michael Adam Shichman Esq, 109 High Farms Road Old, Brookville NY 11545-2226 |
| 10354107 | | Morrobel Angel, 99th Street, Corona NY 11368 |
| 10354114 | + | NYU Grossman School of Medicine, Faculty Group Practice, PO Box 415662, Boston MA 02241-5662 |
| 10354115 | + | NYU Physician Services, PO Box 415662, Boston MA 02241-5662 |
| 10354109 | + | New York State, Department of Labor, PO Box 2939, Albany NY 12220 |
| 10354110 | + | New York State Dept of Labor Unemployment, Insurance Division Harriman, State Office Campus, Albany NY 12240-0001 |
| 10354112 | | Northwell Health Dept of Cardiology, PO Box 28372, New York NY 10087-8372 |
| 10354076 | | Ors. Curtis and Campbell LLP, 515 Montauk Highway Suite 2, East Moriches NY 11940-1240 |
| 10354118 | ++++ | PECONIC BAY MEDICAL CENTER, 1 HEROES WAY, RIVERHEAD NY 11901-2058 address filed with court:, Peconic Bay Medical Center, 1300 Roanoke Avenue, Riverhead NY 11901-2058 |
| 10354121 | + | PSEG, 117 Doctors Path, Riverhead NY 11901-1715 |
| 10354116 | + | Patio Building Condominium, Corporation c/o Gary J Weber Esq, 64C Old Riverhead Road, PO Box 1588, Westhampton Beach NY 11978-7588 |
| 10354165 | + | Patio Building Condominium Corporation, c/oGaryJ. Weber, Esq., 64C Old Riverhead Road,, P.O. Box 1588, Westhampton Beach, NY 11978-7588 |
| 10354117 | | Peconic Bay Medical Center, 1 Heroes Way, Smithtown NY 11787-3211 |
| 10354166 | | Peconic Bay Medical Center, l Heroes Way, Smithtown, NY 11787-3211 |
| 10354119 | + | Peconic Bay Primary Medical PC, PO Box 2377, Riverhead, NY 11901-0377 |
| 10354133 | + | R&T Medical PC, 285 Sills Road Bldg 5-6 Suite H, East Patchogue NY 11772-8827 |
| 10354123 | + | Randelle Inc, 100 First Street Suite 199, Hackensack NJ 07601-2154 |
| 10354124 | + | Rankel Matthew, 26 Smiths Ln, Cammack NY 11725-3525 |
| 10354125 | + | Ready Refresh, 275 Oak Dr, Syosset NY 11791-4623 |
| 10354126 | | Ready Refresh, PO Box 856192, Louisville KY 40285-6192 |
| 10354127 | + | Reddan Surveying Inc, 982 Montauk Hwy, Ste 6, Bayport NY 11705-1626 |
| 10354128 | + | Reiss Robert A, 51 Seacliff Ave, Miller Place NY 11764-1641 |
| 10354129 | + | Remmer Sharon Norton, Richardson Colin, 14 Janet St, Port Jefferson Station NY 11776-3614 |
| 10354130 | + | Roach Daniel, 2 Maple St, Sound Beach NY 11789-2544 |
| 10354131 | + | Rogers Thomas, 13 Heather Dr, PO Box 983, Remsenburg NY 11960-0983 |
| 10354132 | + | Savik & Murray, 35 Carlough Rd Ste 3, Bohemia NY 11716-2913 |
| 10354134 | + | Schmidt Angela, 96 Belleview Ave, Center Moriches NY 11934-3710 |
| 10354135 | | Southampton Town Tax Receiver, 116 Hampton Road, Southampton NY 11968-4998 |
| 10354136 | + | State of New York, Office of Attorney General, 28 Libert Street 1st Floor, New York NY 10005-1441 |
| 10354137 | + | Stony Brook Southampton Hospital, P O Box 250, Amherst, NH 03031-0250 |
| 10354140 | + | Stony Brook Southampton Hospital, PO Box 21587, New York NY 10087-1587 |
| 10354139 | | Stony Brook Southampton Hospital, PO Box 1102, New York NY 10276-1102 |
| 10354171 | | Stony Brook Southhampton Hospital, P.O. Box 1102, New York, NY 10276-1102 |
| 10354141 | + | Suffolk County Div of Finance & Taxation, 330 Center Drive, Riverhead NY 11901-3311, Suffolk County Treasurer, 330 Center Drive S Riverhead NY 11901-3311 |
| 10354172 | + | Suffolk County Treasurer, 330 Center Drive S., Riverhead, NY 11901-3311 |
| 10354143 | + | Summit Investment Management LLC, 1700 Lincoln Street Suite 2150, Denver CO 80203-4500 |
| 10354145 | + | Sweezy Fuel Co Inc, 51 Rider Avenue, Patchogue NY 11772-3953 |
| 10354174 | + | TIAA FSB, OBA Eve r Bank, cl o Logs Legal Group LLP, 17 5 Mile Crossing Boulevard, Rochester, NY 14624-6249 |
| 10354147 | | Timothy Groth, MD, PC, 994 West Jericho Turnpike Suite 104, Smithtown NY 11787-3211 |
| 10354148 | + | Traffic Counts Collecting Inc, 65-39 Maurice Ave, Woodside NY 11377-5820 |
| 10354150 | + | United States Attorney, 271 Cadman Plaza, Attn: Chief of Civil Division, Brooklyn NY 11201-9997 |
| 10354151 | | United States Attorney's Office, Eastern District of New York, 610 Federal Plaza 5th Floor, Attn: Long Island Bankruptcy Processing, Central Islip NY 11722-4454 |
| 10354152 | | Vetri Roman, Country Estates Rd, Westhampton NY 11977 |
| 10354153 | | Walker Matthew, Thompson St, East Patchogue NY 11772 |
| 10354154 | | Walzcak Wojciech, Wasser Deborah & Gregg, 123 Main Street, Bridgehampton NY 11932 |
| 10354155 | + | Weidner Charles H, 2925 Terra Ceia Bay Blvd Unit 2704, Palmetto FL 34221-6935 |
| 10354156 | | Westhampton Primary, 147 Beach Road Suite A, Westhampton Beach NY 11978-1733 |
| 10354157 | + | Yue Alana, 25915 86th Ave, Floral Park NY 11001-1023 |

TOTAL: 92

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| 10354038 | + Email/Text: bankruptcy@ctech-collects.com | Jun 21 2024 18:14:00 | C Tech Collections Inc, PO Box 402, Mt Sinai NY 11766-0402 |
| 10354034 | Email/Text: BKY@conserve-arm.com | Jun 21 2024 18:14:00 | Conserve, 200 CrossKeys Office Park, Fairport |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | NY 14450 |
| 10354075 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2024 18:14:00 | Department of the Treasury, Internal Revenue Service, Ogden UT 84201-0039 |
| 10354101 | | Email/Text: camanagement@mtb.com | Jun 21 2024 18:14:00 | M&T Bank, PO Box 840, Buffalo NY 14240-0840 |
| 10354108 | ^ | MEBN | Jun 21 2024 18:10:24 | MTA Bridges and Tunnels Violations, Processing Center, PO Box 15186, Albany NY 12212-5186 |
| 10354113 | + | Email/Text: JDU@WCB.NY.GOV | Jun 21 2024 18:14:00 | NYS Workers Compensation Board, Attn: Finance Office, 328 State St Rm 331, Schenectady NY 12305-3201 |
| 10354111 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 21 2024 18:14:00 | New York State Department of Tax, Bankruptcy Unit, PO Box 5300, Albany NY 12205-0300 |
| 10354122 | | Email/Text: PSEGLongIslandBankruptcy@pseg.com | Jun 21 2024 18:13:00 | PSEG Long Island, PO Box 9050, Hicksville NY 11802-9050 |
| 10354120 | | Email/Text: clientservicesny@pcbinc.org | Jun 21 2024 18:14:00 | Professional Claims Bureau LLC, PO Box 9060, Hicksville NY 11802-9060 |
| 10354142 | + | Email/Text: scwabcn@scwa.com | Jun 21 2024 18:14:00 | Suffolk County Water Authority, 2045 Route 112 Suite 5, Coram NY 11727-3092 |
| 10354144 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 21 2024 18:14:00 | Sunrise Credit Services Inc, 8 Corporate Center Dr Suite 300, Melville NY 11747-3193 |
| 10354146 | + | Email/Text: logsecf@logs.com | Jun 21 2024 18:14:00 | TIAA FSB OBA EverBank, c/o Logs Legal Group LLP, 175 Mile Crossing Boulevard, Rochester NY 14624-6249 |
| 10354149 | ^ | MEBN | Jun 21 2024 18:10:13 | Transworld Systems Inc, 1105 Schrock Road Suite 300, Columbus OH 43229-1174 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | EverBank, N.A. |
| 10354088 | | Berstein Harold I (deceased) |
| 10354078 | | Dwyer Michael |
| 10354079 | | E-Transit |
| 10354081 | | ENT & Allergy Associates LLP |
| 10354082 | | Filazzola Tom |
| 10354087 | | Grzymkoski Miroslaw |
| 10354097 | | Lamont William |
| 10354158 | * | Daniel Jeran DPM, 521 Route 111, Suite 309, Hauppauge, NY 11788-4371 |
| 10354092 | * | Internal Revenue Service, 1180 Vets Mem Hwy, Hauppauge NY 11788-4457 |
| 10354160 | *+ | Internal Revenue Service, Special Procedures, 2 Metro Tech Center, 100 Myrtle Avenue 11201-3846 |
| 10354164 | *+ | NYU Grossman School of Medicine, Faculty Group Practice, P.O. Box 415662, Boston, MA 02241-5662 |
| 10354163 | * | New York State Department of Tax, Bankruptcy Unit, P.O. Box 5300, Albany, NY 12205-0300 |
| 10354167 | *++++ | PECONIC BAY MEDICAL CENTER, 1 HEROES WAY, RIVERHEAD NY 11901-2058, address filed with court:, Peconic Bay Medical Center, 1300 Roanoke Avenue, Riverhead, NY 11901-2058 |
| 10354168 | *+ | Peconic Bay Primary Medical PC, P.O. Box 2377, Riverhead, NY 11901-0377 |
| 10354169 | *+ | R&T Medical PC, 285 Sills Road, Bldg. 5-6 Suite H, East Patchogue, NY 11772-8827 |
| 10354170 | *+ | State of New York, Office of Attorney General, 28 Libert Street, 1st Floor, New York, NY 10005-1441 |
| 10354173 | *+ | Sweezy Fuel Co., Inc., 51 Rider Avenue, Patchogue, NY 11772-3953 |
| 10354175 | * | Timothy Groth, MD, PC, 994 West Jericho Turnpike, Suite 104, Smithtown, NY 11787-3211 |
| 10354176 | *+ | United States Attorney, 271 Cadman Plaza, Attn: Chief of Civil Division, Brooklyn, NY 11201-9997 |
| 10354177 | * | United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Attn: Long Island Bankruptcy Processing, Central Islip, NY 11722-4454 |

TOTAL: 8 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

Case 8-24-72174-las    Doc 14    Filed 06/23/24    Entered 06/24/24 00:08:28

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 21, 2024 | Form ID: pdf000 | Total Noticed: 105 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jae Yun Kim | on behalf of Creditor EverBank  N.A. jyklaw@gmail.com, cmecf@sternlav.com;kimjr83713@notify.bestcase.com;jkim@sternlav.com |
| Kenneth P Silverman | longisland-filings@rimonlaw.com docketingtrustee@rimonlaw.com,ecf.alert+silvermanNYEB@titlexi.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:

    Walter M Dunn Jr.
    aka Walter Dunn

Case No.: 8-24-72174-las

Chapter: 7

Debtor(s)

---

### REQUEST FOR JUDICIAL DETERMINATION
### CONCERNING REQUIREMENT OF PHOTO IDENTIFICATION

The Clerk's Office requests that the Court determine whether this case should be dismissed for failure to provide acceptable identification as stated under Administrative Order No. 653. The following deficiencies under Administrative Order No. 653 are noted:

- ✓ Debtor to provide a state driver's license, a U.S. passport, an identification card issued by a federal state, or local governmental entity, military identification, a resident alien card, or a student identification card.

- Joint Debtor to provide a state driver's license, a U.S. passport, an identification card issued by a federal, state or local governmental entity, military identification, a resident alien card, or a student identification card.

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

- ✓ The Clerk's Office is directed to dismiss this case,

    The Debtor is ordered to appear before the Court on _____ at _____

    at 290 Federal Plaza, Central Islip, New York 11722 _____ in Courtroom _____

    The Clerk's Office is directed not to dismiss this case for the following reasons:

    _____
    _____



**Dated: June 21, 2024**
**Central Islip, New York**

/s/ Louis A. Scarcella
Louis A. Scarcella
United States Bankruptcy Judge